UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**       **'O'**

| Case No. | 2:17-cv-02377-CAS(PLAx) | Date | October 5, 2017 |
|---|---|---|---|
| Title | EUROPLAY CAPITAL ADVISORS, LLC v. MARIA LOUISE JOENSEN | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) – ENTRY OF DEFAULT AGAINST DEFENDANT

Plaintiff Europlay Capital Advisors, LLC requests the Court to enter the default of defendant Maria Louise Joensen, p.k.a. Aura Dione, for failure to defend this action in a timely manner. Dkt. 29. In its September 5, 2017 Order denying defendant's motion to dismiss plaintiff's claims, the Court directed defendant to "file an answer to the complaint within fourteen (14) days of the date of this order." The Order was electronically served on the parties on September 6, 2017. Defendant has failed to file an answer to the complaint, and defendant's counsel has represented to the Court that defendant does not plan to file an answer.

Accordingly, defendant has failed to defend in this action as directed in the Court's September 5, 2017 Order. On request of counsel, the default of defendant Maria Louise Joensen, p.k.a. Aura Dione, is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |